JOHN W. HUBER, United States Attorney (#7226)
ROBERT A. LUND, Assistant United States Attorney (No. 9579)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2019 JUL -8 P 3: 53

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MCKAY HANSEN,<br>Defendant. | **FELONY INFORMATION**<br><br>18 U.S.C. § 554;<br>SMUGGLING GOODS FROM THE UNITED STATES<br><br>Case: 2:19-cr-00238<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 7/8/2019<br>Description: USA v. Hansen |

The United States Attorney charges:

### COUNT 1
### 18 U.S.C. § 554
### (Smuggling Goods from the United States)

From on or about December 23, 2016 through on or about January 19, 2017, in the Northern Division of the District of Utah and elsewhere, the defendant,

**MCKAY HANSEN,**

did knowingly attempt to export and send from the United States, any merchandise, article, and object contrary to any law and regulation of the United States, and did attempt to receive, conceal, buy, sell, and facilitate the transportation, concealment, and sale of such merchandise,

article, and object, prior to exportation, knowing the same to be intended for exportation contrary to any law and regulation of the United States, and aided and abetted the same, to wit, McKAY HANSEN did cause to be exported from the United States Vound, Intella software after knowingly undervaluing that commodity and after knowing failing to file an Electronic Export Information (EEI) form with the United States Department of Commerce, and did aid and abet therein, all in violation of 18 U.S.C. §§ 554 and 2, 13 U.S.C. § 305, 15 C.F.R. § 30.71, 15 C.F.R. § 764.2(g).

DATED this **8** day of **JULY**, 2019.

JOHN W. HUBER
United States Attorney

*/s/ Robert A. Lund*
ROBERT A. LUND
Assistant United States Attorney